## RECONSIDERATION OF PRIOR DECISIONS

**2002–0148.   State ex rel. Devore Roofing & Painting v. Indus. Comm.**
Franklin App. No. 01AP–69. Reported at 101 Ohio St.3d 66, 2004-Ohio-23, 801 N.E.2d 435. On motion for reconsideration. Motion denied.